# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

McAllen Division

| | |
|---|---|
| Geovani Hernandez, Pro Se. | Case No. _____ |
| Plaintiff(s) | (to be filled in by the Clerk's Office) |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | **TRIAL BY JURY: YES** |
| -v- | |
| Special Agent Antonio Perez IV, U.S. Department of Homeland Security, et al. | |
| Defendant(s) | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Geovani Hernandez |
| All other names by which you have been known: | |
| ID Number | Reg. No. 29339 479 |
| Current Institution | FCC Forrest City Prison-LOW |
| Address | P.O. BOX 9000 |
| | Forrest City / AR. / 72336 |
| | City / State / Zip Code |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
| | |
|---|---|
| Name | Antonio Perez IV |
| Job or Title (if known) | Special Agent |
| Shield Number | Unknown |
| Employer | U.S. Department of Homeland Security-HSI |
| Address | 5901 S. International Parkway |
| | McAllen / TX. / 78503 |
| | City / State / Zip Code |

[X] Individual capacity   [X] Official capacity

Defendant No. 2
| | |
|---|---|
| Name | U.S. Department of Homeland Security Homeland Security Investigations (DHS-HSI) |
| Job or Title (if known) | Government Agency |
| Shield Number | Government Agency |
| Employer | Government Agency |
| Address | 5901 S. International Parkway |
| | McAllen / TX. / 78503 |
| | City / State / Zip Code |

[X] Individual capacity   [X] Official capacity

HERNANDEZ, GEOVANI 29339479

Defendant No. 3
- Name: Unknown Supervisor
- Job or Title (if known): U.S. DHS-HSI Field Supervisor
- Shield Number: Unknown
- Employer: U.S. Department of Homeland Security-HSI
- Address: 5901 S. International Parkway
  - City: McAllen
  - State: TX.
  - Zip Code: 78503
- [X] Individual capacity  [X] Official capacity

Defendant No. 4
- Name: Unknown United States Attorney
- Job or Title (if known): Southern District of Texas
- Shield Number: Unknown
- Employer: Southern Dis. Of Texas- Dept. of Justice
- Address: 1701 W. BUS. HWY. 83, STE. 600
  - City: McAllen
  - State: TX.
  - Zip Code: 78503
- [x] Individual capacity  [x] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[x] Federal officials (a *Bivens* claim)

[ ] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Suit being brought against Corrupt Federal Agents and Prosecutors.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? Recent action of the withdrawal of evidence obstructs justice. This lawsuit orginates out of a false arrest that occurred on August 12, 2017 (Criminal Action No./:17-CR-1352). On March 7, 2019, during trial, and before trial, and after trial, Corrupt Government employees violated Hernandez Civil/Constitutional rights, See Civil Action 7:21-CV-00087. On January 17, 2022, Hernandez Filed a lawsuit, Civil Action No. 7:22-CV-36. On March 24, 2022, Corrupt Lead Case Agent Antonio Perez withdraws evidence from the record. See Attachment and affidavit.

   Corrupt U.S. DHS - HSI is NOW, again, violating the 4th, 5th, 8th and 14th Amendments of the United States Constitution and Due Process.

        (SEE ATTACHMENT AND AFFIDAVIT)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

  Geovani Hernandez, former Chief of Police/former Sheriff Political Candidate, was falsely arrested on August 12, 2017. Hernandez's civil rights were violated before trial, at trial and after trial. Hernandez filed a Section 2255, Then, Hernandez filed a Complaint for Violation of Civil rights. Then, the Corrupt Case Agent Antonio Perez starts to withdraw evidence from the record to deprive Hernandez from using said Evidential Exhibits at Civil trial.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐  Pretrial detainee

☐  Civilly committed detainee

☐  Immigration detainee

☐  Convicted and sentenced state prisoner

☒  Convicted and sentenced federal prisoner

☐  Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    SEE ATTACHMENT AND AFFIDAVIT

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

  The claims arose when Agent Antonio Perez IV, started getting rid of evidence by withdrawing it from the record and prevent Hernandez from using it against Agent Perez at trial as Agent Perez is a Defendant in such Complaint. See Action 7:22-CV-36. Agent Antonio Perez IV (EXTREMELY CORRUPT) is NOW obstructing justice, as Corrupt Agent Perez is getting rid of evidence to minimize the evidence.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

  See attachment and affidavit.

C. What date and approximate time did the events giving rise to your claim(s) occur?

CORRUPT SPECIAL AGENT ANTONIO PEREZ IV STARTED GETTING RID OF EVIDENCE BY WITHDRAWING IT FROM THE RECORD, ON MARCH 24, 2022, TO MINIMIZE THE EVIDENCE AGAINST HIM (PEREZ) THAT COULD BE USED AT TRIAL FOR CIVIL ACTION NO. 7:22-CV-36, COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
SEE ATTACHMENT AND AFFIDAVIT

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

This case of Hernandez exposed extreme corruption of government employees, as it all started with the RAILROADING of Former Chief of Police, Former Political Sheriff Candidate, Former Security Company Owner and Operator, U.S. Citizen Geovani Hernandez, back on August 12, 2017. Then, during pretrial, discovery, trial and sentence, Hernandez was also RAILROADED. See Criminal Action No. 7:17-CR-1352. Hernandez then filed a Section 2255 attacking the Illegal Conviction. See Civil Action 7:21-CV-00087. Then Hernandez filed a Complaint for the Violation of Civil Rights, see 7:22-CV-36. 60 Days later, Corrupt Agent Antonio Perez IV, authorized by Unknown DHS-HSI Supervisors and Unknown Prosecutors, intentionally and deliberately starts withdrawing evidence from the record to deprive Hernandez from using this evidence at civil trial.

V. Injuries
SEE ATTACHMENT AND AFFIDAVIT

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

The continual purposeful neglect, and willful and knowingly malicious conduct and criminal conduct continues to be exhibited, and intentionally inflicted upon Hernandez even after the unlawful and false conviction of Hernandez back in March 2019. After Hernandez filed a Federal Complaint for the intentional Violation of Civil Rights against Corrupt U.S. DHS-HSI Corrupt Agent Perez, et al., back in January 2022, Corrupt Agent Antonio Perez IV, 60 days later, rapidly and quickly withdrew evidence from the record, evidence that was used, perjured, and uncorraborated, against Hernandez to obtain an unlawful, illegal, false, and fraudulent conviction. This intentional withdrawal of evidence is with the intent to deprive Hernandez from evidence. This new action and malicious behavior proves Agent Perez's continual manipulation of evidence and now obstructing Justice in Civil Action 7:22-CV-36. (See Attachment/Affidavit)

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

This NEW action alone shows and proves the malice, Actus Rea, Mens Rea, and the intentional criminal drive of Corrupt Agent Antonio Perez IV to continue to tampering with evidence, manipulating evidence, hiding evidence from Civil procedures, destroying evidence, concealing evidence from Plaintiff, as Agent has framed and continues to violate Federal Law and continues to violate the Constitution of the United States of America right before the eyes of Agent Perez's Supervisors, Other Agents, Federal U.S. Magistrates Judges, District Judges and Corrupt Prosecutors, who allow Corrupt Agent Antonio Perez IV to trample the United States Constitution, and allow Agent Perez to illegally operate with impunity.

Hernandez is asking for $500,000,000.00 (FIVE HUNDRED MILLION DOLLARS) for actual damages, punitive damages, Mental anguish, pshychological damage, suffering, medical deterioration, and all other damages that are or may result in the future. (SEE ATTACHMENT AND AFFIDAVIT)

HERNANDEZ, GEOVANI 29339479

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."     Not Applicable.

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes        Not Applicable.
☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Not Applicable.

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes
☒ No        Not Applicable.
☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes
☒ No        Not Applicable
☐ Do not know

If yes, which claim(s)?

HERNANDEZ, GEOVANI 29339479

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No        Not Applicable.

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes       Not Applicable.

☐ No

E.  If you did file a grievance:

1. Where did you file the grievance?

   Not Applicable.

2. What did you claim in your grievance?

   Not Applicable.

3. What was the result, if any?

   Not Applicable.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   Not Applicable.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   Not Applicable.

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   Not Applicable.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   Not Applicable.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

**VIII. Previous Lawsuits**

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Not Applicable.

HERNANDEZ, GEOVANI 29339479

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

NOTE: Hernandez filed a Complaint for Violation of Civil Rights against Corrupt U.S. DHS HSI Special Agent Antonio Perez IV, et al., Civil Action No. 7:22-CV-36. 60 days later, Defendant Corrupt Agent Antonio Perez IV starts to get rid of evidence by withdrawing it from the record, now obstructing justice.

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

New Action from Defendant Perez is aimed to obstruct Justice by minimizing, withdrawing, evidence that could be used against him at trial.

1. Parties to the previous lawsuit

   Plaintiff(s) ___N/A___

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   ___N/A___

3. Docket or index number

   N/A

4. Name of Judge assigned to your case

   ___N/A___

5. Approximate date of filing lawsuit

   N/A

6. Is the case still pending?

   ☐ Yes

   ☐ No   N/A

   If no, give the approximate date of disposition.   ___N/A___

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?   N/A

HERNANDEZ, GEOVANI 29339479

☐ Yes

☐ No          N/A

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)    N/A
   Defendant(s)

2. Court *(if federal court, name the district; if state court, name the county and State)*

   N/A

3. Docket or index number
   N/A

4. Name of Judge assigned to your case
   N/A

5. Approximate date of filing lawsuit
   N/A

6. Is the case still pending?
   ☐ Yes         N/A
   ☐ No

   If no, give the approximate date of disposition    N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

HERNANDEZ, GEOVANI 29339479

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: September 8, 2022

Signature of Plaintiff: *G.V.H.*

| | |
|---|---|
| Printed Name of Plaintiff | Geovani Hernandez |
| Prison Identification # | 29339 479 |
| Prison Address | FCC Forrest City Prison - LOW |
| | Forrest City, AR. 72336 |
| | City / State / Zip Code |

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City / State / Zip Code
Telephone Number: _____
E-mail Address: _____